Opinion filed August 25, 2016



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00206-CR

_____

## IN RE GRAND JURY INVESTIGATION

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR24457**

### M E M O R A N D U M   O P I N I O N

Michael R. Bradle has filed a pro se notice of appeal from (1) an order denying his request for the appointment of a special prosecutor to oversee the criminal investigation and potential prosecution of various Brown County officials and (2) an order denying a similar request for the appointment of a special prosecutor to oversee the criminal investigation and potential prosecution of Petrolia Consolidated Resources LLC and others. We dismiss the appeal.

The clerk of this court wrote Appellant on July 22, 2016, and informed him that it did not appear that his notice of appeal related to a final, appealable order.

We requested that Appellant respond on or before August 9, 2016, and show grounds to continue the appeal. We have not received a response from Appellant. An appellate court has jurisdiction to consider an appeal only as authorized by law. *Ragston v. State*, 424 S.W.3d 49, 51–52 (Tex. Crim. App. 2014); *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). We can find no authority that would permit this court to exercise jurisdiction in an appeal from an order denying the appointment of a special prosecutor. Thus, we conclude that we have no jurisdiction to entertain this appeal.

Consequently, the appeal is dismissed for want of jurisdiction.

PER CURIAM

August 25, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.